(January 17, 1941.)

ISAAC S. HELLER, Respondent, v. LOUIS YAEGER, Appellant.

PER CURIAM. The absence of denials of the allegations of the complaint was called to the attention of this court and of the Court of Appeals upon the prior appeal. Nevertheless, the Court of Appeals directed that a new trial be had. (283 N. Y. 19.)

The order appealed from, therefore, should be reversed, with twenty dollars costs and disbursements, and the motion denied, with leave to the defendant, if he be so advised, to apply for permission to amend his answer.

Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied, with leave to the defendant, if he be so advised, to apply for permission to amend his answer.

MARIE C. LOWE, Appellant, v. GEORGE LEARY, Respondent. MARIE C. LOWE, Appellant, v. GEORGE LEARY, Respondent. MARIE C. LOWE, Plaintiff, v. MARY ELIZABETH LEARY and Others, Defendants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

DAVID FINE, Appellant, v. PEERLESS COAT & APRON SUPPLY CO., INC., Respondent, Impleaded with Another, Defendant.— Judgments and orders, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

JOHN FARRINGTON, Respondent, v. HARLEM SAVINGS BANK, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $20,893.64; in which event the judgment, as so modified, is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

PAUL FITZPATRICK, Respondent, v. WALTER J. O'BRIEN and NATIONAL DEMOCRATIC CLUB, Appellants, Impleaded with Another, Defendant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore and Cohn, JJ.

GEORGE J. CHAMBERS and Others, Respondents, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents. [173 Misc. 769.]